## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :          **Chapter 13**
    **MAMADOU BAH**            :
                    :
    **Debtor**               :          **Bky. No. 15-18512 ELF**

# O R D E R

    **AND NOW**, upon consideration of the Application for Compensation filed by the

Debtor's counsel, and upon the Applicant's certification that proper service has been made on all

interested parties, and upon the Applicant's certification of no response,

    It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation in the amount of **$4,000.00** and reimbursement of expenses in the amount of

   **$11.00**  are **ALLOWED** in favor of the Applicant.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation

   and reimbursement of expenses set forth in ¶2 above as an administrative expense pursuant to

   11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B),

   less **$500.00**, which has been previously paid by the Debtor, to the extent such distribution is

   authorized under the terms of the confirmed chapter 13 plan.

**Date: August 1, 2016**

_____
    **ERIC L. FRANK**
    **CHIEF U.S. BANKRUPTCY JUDGE**