**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
| Bah, Mamadou | |
| Debtor | : 15-18512 elf |

**PRAECIPE TO WITHDRAW**

TO THE CLERK OF THE COURT

     The Debtors hereby withdraw the document captioned Response to Motion for Relief From Stay filed by Creditor U.S. BANK NATIONAL ASSOCIATION Et Al  filed by Counsel for the Debtor on 8/31/16 (Docket No. 43).

Date:  November 1, 2016

"/s/" Mitchell J. Prince
------------------------------------------
John L. Mc Clain, Esquire
Mitchell J. Prince, Esquire
Attorneys for Debtor