**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Mamadou Bah | CHAPTER 13 |
| Debtor | |
| | |
| U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) | |
| Movant | NO. 15-18512 ELF |
| vs. | |
| Mamadou Bah | |
| Debtor | |
| | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq. | |
| Trustee | |

**ORDER**

AND NOW, this  3rd   day of    November, 2016 at Philadelphia, upon  withdrawal of the Debtor's response,

**ORDERED** THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay, 11 U.S.C. Section 362(a), is modified with respect to the subject premises located at 6530 Chester Avenue, Philadelphia, PA 19142 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**

Mamadou Bah
6530 Chester Avenue
Philadelphia, PA 19142

John L. McClain Esq.
P.O. Box 123 (VIA ECF)
Narberth, PA 19072

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532