**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                : Chapter 13
    Bah, Mamadou

      Debtor(s)                                     : 15-18512 elf

          :

**ORDER TERMINATING WAGE ORDER**

    **AND NOW,** this      day of           2016, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

    **ORDERED**, that the wage order previously entered in this case, directing DLC Management Group, Inc. to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

    BY THE COURT

_____  11/4/16
    JUDGE

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123


Bah, Mamadou
6530 Chester Ave
Philadelphia, PA 19142


William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106


DLC Management Group, Inc.
510 Walnut Street, Ste 420
Philadelphia, PA 19106-360