United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-18512-elf
Mamadou Bah                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi           Page 1 of 1              Date Rcvd: Nov 04, 2016
                           Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 06, 2016.
db            +Mamadou Bah,   6530 Chester Avenue,    Philadelphia, PA 19142-1904
             #+DLC Management Group Inc.,    510 Walnut St., Ste. 420,    Phila., PA 19106-3623

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2016                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 4, 2016 at the address(es) listed below:
        JOHN L. MCCLAIN    on behalf of Debtor Mamadou  Bah aaamcclain@aol.com,  edpabankcourt@aol.com
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION Et Al...
         bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
        PAMELA ELCHERT THURMOND    on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,
         james.feighan@phila.gov
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                             TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    : Chapter 13
    Bah, Mamadou

      Debtor(s)                      : 15-18512 elf

     :

### ORDER TERMINATING WAGE ORDER

**AND NOW,** this      day of                 2016, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

**ORDERED**, that the wage order previously entered in this case, directing DLC Management Group, Inc. to make monthly payments on behalf the debtor to the chapter 13 trustee,  is hereby terminated.

BY THE COURT

_____    11/4/16
JUDGE

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123


Bah, Mamadou
6530 Chester Ave
Philadelphia, PA 19142


William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106


DLC Management Group, Inc.
510 Walnut Street, Ste 420
Philadelphia, PA 19106-360