United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-18512-elf
Mamadou Bah                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: DonnaR           Page 1 of 2           Date Rcvd: Dec 14, 2016
                            Form ID: pdf900        Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2016.
db          +Mamadou Bah,   6530 Chester Avenue,   Philadelphia, PA 19142-1904
13639446    +AR Resources Inc,   1777 Sentry Pkwy,   Blue Bell, PA 19422-2206
13639447    +City of Philadelphia/ Parking Tickets,   P.O. Box 41819,   Philadelphia, PA 19101-1819
13639449    +John L. McClain and Associates,   PO Box 123,   Narberth, PA 19072-0123
13639450    +KML Law Group, PC,   701 Market Street,   Philadelphia, PA 19106-1538
13639452    +Mercy Fitzgerald Hospital,   1500 Lansdowne Ave,   Darby, PA 19023-1291
13639454    +PGW,   800 W. Montgomery Avenue,   Philadelphia, PA 19122-2806
13639455    +PNC Bank,   mailstop, P5-pclc-02-r,   2730 Liberty Ave.,   Pittsburgh, PA 15222-4704
13639457    +Trident Asset Management,   PO Box 888424,   Atlanta, GA 30356-0424
13705011    +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,   PHFA Loan Servicing Division,
              211 North Front Street,   Harrisburg, PA 17101-1466
13639458    +Verizon,   500 Technology Dr. Ste 30,   Weldon Spring, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Dec 15 2016 01:33:11     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 15 2016 01:32:53
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 15 2016 01:33:10     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           E-mail/Text: bankruptcy@phila.gov Dec 15 2016 01:33:11     City of Philadelphia,
              Law Revenue Department,   c/o Pamela Elchert Thurmond,   1401 JFK Boulevard,
              5th Floor, Municipal Services Bldg,   Philadelphia, PA  19102
cr           E-mail/PDF: rmscedi@recoverycorp.com Dec 15 2016 01:24:52     Orion,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
13723506     E-mail/Text: bankruptcy@phila.gov Dec 15 2016 01:33:12     City of Philadelphia,
              Law Department  Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA  19102-1595
13639448    +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 15 2016 01:33:25     Credit Collection,
              PO Box 9133,   Needham, MA 02494-9133
13639453    +E-mail/Text: blegal@phfa.org Dec 15 2016 01:33:02     PA HOUSING FINANCE AGENCY-HEMAP,
              211 NORTH FRONT STREET,   HARRISBURG, PA 17101-1406
13728518     E-mail/PDF: rmscedi@recoverycorp.com Dec 15 2016 01:24:17
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13639456          Ramatulai, Bah
13639459*       ++CITY OF PHILA SCHOOL DISTRICT OF PHILA,   MUNICIPAL SERVICES BUILDING,
                  1401 JOHN F KENNEDY BLVD 5TH FLOOR,   PHILADELPHIA PA 19102-1617
                 (address filed with court:   WATER REVENUE BUREAU,   City of Philadelphia Law Dept,
                  1515 Arch Street, 15th flr,   Philadelphia, PA 19102)
13639451*       +Mamadou Bah,   6530 Chester Ave,   Philadelphia, PA 19142-1904
                                                                                      TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: DonnaR                Page 2 of 2          Date Rcvd: Dec 14, 2016
                              Form ID: pdf900             Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2016 at the address(es) listed below:
              JOHN L. MCCLAIN    on behalf of Debtor Mamadou  Bah aaamcclain@aol.com,  edpabankcourt@aol.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION Et Al...
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               james.feighan@phila.gov
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MAMADOU BAH                          Chapter 13

                    Debtor            Bankruptcy No. 15-18512-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: December 14, 2016**
_____
Eric L. Frank
ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN L. MCCLAIN
JOHN L MCCLAIN AND ASSOCIATES
PO BOX 123
NARBERTH, PA 19072-

Debtor:
MAMADOU BAH

6530 CHESTER AVENUE

PHILADELPHIA, PA 19142-